John R. Hillsman (No. 71220)
Derek B. Jacobson (No. 88417)
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 421-9292

Attorneys for Plaintiff
JAMES L. SILVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. SILVA,<br><br>          Plaintiff,<br><br>v.<br><br>THE DUTRA GROUP and DUTRA CONSTRUCTION CO., INC.,<br><br>          Defendants. | No.  C 08-04964 SBA<br>e-filing case<br><br>**STIPULATION AND ORDER CONTINUING MEDIATION DEADLINE** |

COME NOW THE PARTIES HERETO, by and through their respective counsel, and hereby stipulate as follows:

WHEREAS, on January 22, 2009, the parties filed a Stipulation and Proposed Order Selecting the ADR process of private mediation before Jerry Spolter, Esq. of JAMS; and,

WHEREAS, following the case management conference herein on February 11, 2009, the Court ordered private mediation to be completed by June 15, 2009; and,

WHEREAS, in compliance with said deadline, the parties scheduled a private mediation with Mr. Spolter to take place on June 9, 2009; and,

WHEREAS, unbeknownst to the parties at the time of the case management conference, certain key witnesses have not yet been available to be deposed, such that despite the parties' cooperative efforts discovery will not be sufficiently complete by the June 15, 2009 mediation deadline to permit the parties to engage in a meaningful mediation; and,

WHEREAS, the parties have contacted Mr. Spolter and been advised that he is available to continue the June 9th mediation to the new date of July 31, 2009;

THE PARTIES THEREFORE stipulate that the deadline to mediate this case be continued from June 9, 2009 to July 31, 2009.

IT IS SO STIPULATED:

Dated:   May 26, 2009

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff

By: _____
         Derek B. Jacobson

Dated:   May 26, 2009

LAW OFFICES OF FRANK HUGG
Attorney for Defendants

By: _____
         Frank Hugg

## ORDER CONTINUING MEDIATION DEADLINE

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that private mediation of this case is to be completed by July 31, 2009.

Dated:   6/4/09

_____
SAUNDRA BROWN ARMSTRONG,
Judge, United States District Court

Stipulation and Order to
Continue Mediation Deadline

2