UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES L. SILVA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE DUTRA GROUP, et al.,<br><br>　　　　Defendants. | Case No: C 08-4964 SBA<br><br>**ORDER DISMISSING FIRST CAUSE OF ACTION PURSUANT TO STIPULATION** |

In accordance with Plaintiff and Defendants' stipulation (Docket 48),

IT IS HEREBY ORDERED THAT Plaintiff's first cause of action for vessel owner negligence is DISMISSED.

IT IS SO ORDERED.

Dated: September 15, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge