UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. SILVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE DUTRA GROUP, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-08-4964 SBA (EMC)<br><br>**ORDER DENYING REQUEST TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE** |

　　　By letter dated September 15, 2009 (lodged with this Court and attached to this Order as Exhibit A), TOM CARLSON, of non-party Chartis/AIG, through counsel Lynn L. Krieger, Thomas Quinn & Krieger, requested to be excused from personally appearing at the settlement conference scheduled for October 2, 2009. Oppositions were filed by Defendant (Docket No. 50) and Plaintiff (Docket No. 51).

　　　Upon consideration of the request, the Court **DENIES** the request to excuse personal attendance. Therefore, it is hereby ordered that TOM CARLSON of Chartis/AIG appear at the settlement conference in person scheduled on October 2, 2009 at 9:30 a.m.

　　　IT IS SO ORDERED.

Dated: September 17, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES L. SILVA,  No. C-08-4964 SBA (EMC)

    Plaintiff,

    v.  **CERTIFICATE OF SERVICE**

THE DUTRA GROUP, *et al.*,

    Defendants.
_____/

    I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

LYNN L. KRIEGER
Thomas Quinn & Krieger
199 Fremont Street, 20th Floor
San Francisco, CA 94105
415/546-6100
lkrieger@tqklaw.com

Dated: September 17, 2009        RICHARD W. WIEKING, CLERK

                                          By: _____/s/_____
                                                  Leni Doyle
                                                  Deputy Clerk