## THOMAS, QUINN & KRIEGER, L.L.P
199 Fremont Street, 20th Floor
San Francisco, California 94105-2288
Tel: (415)546-6100  Fax: (415)358-5868

Michael W. Thomas
Michael T. Quinn
Lynn L. Krieger
Shana L. Prechtl

Lynn L. Krieger
lkrieger@tqklaw.com

September 15, 2009

*VIA FACSIMILE*

**Magistrate Judge Edward M. Chen**
United States District Court
Northern District California
San Francisco Division
450 Golden Gate Ave.
San Francisco, CA 94102

Fax: (415) 522-4200

RE:  *James Silva v. Dutra*, U.S.D.C. N.D. Cal. C 08-04964 SBA

Hon. Mag. Judge Chen:

We represent Chartis (formerly AIG) and attended the September 4, 2009 Mandatory Settlement Conference before your honor. Chartis is not a party to this action; Chartis insures defendant The Dutra Group. At the conclusion of the September 4th conference, Chartis's Tom Carlson was ordered to appear at the Further Settlement Conference scheduled for October 2, 2009.

We respectfully request that your honor permit Mr. Carlson to appear at the Further Settlement Conference by phone as he resides and works in New Jersey. We can arrange to have Mr. Carlson present and available for the entire length of the Conference, "on call" to participate in all necessary discussions.

Silva v. Dutra
September 14, 2009
Page 2

Thank you for your consideration.

Sincerely,

Lynn L. Krieger

Cc: John R. Hillsman (James Silva), via e-mail
Frank B. Hugg (The Dutra Group), via e-mail
Bruce Quilligan (US Healthworks), via e-mail