John R. Hillsman  (No. 71220)
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, California  94133
Telephone:  (415) 421-9292

Attorneys for Plaintiff
JAMES L. SILVA

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES L. SILVA, | ) | No.   C 08-04964 SBA |
| | ) | e-filing case |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE DUTRA GROUP and DUTRA | ) | **PLAINTIFF JAMES L. SILVA'S** |
| CONSTRUCTION CO., INC., | ) | **REQUEST FOR DISMISSAL** |
| | ) | **AND ORDER THEREON** |
| Defendants. | ) | **Fed.R.Civ.P. 41(a)(2)** |
| _____ | ) | |
| THE DUTRA GROUP and DUTRA | ) | |
| CONSTRUCTION CO., INC., | ) | |
| | ) | |
| Third Party Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| U.S. HEALTHWORKS MEDICAL | ) | |
| GROUP and U.S. HEALTHWORKS | ) | |
| HOLDING COMPANY, INC., | ) | |
| | ) | |
| Third Party Defendants. | ) | |
| _____ | ) | |

TO:     THE CLERK OF THE ABOVE-ENTITLED COURT:

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA  94133
415/421-9292

The above-entitled action of Plaintiff versus Defendants THE DUTRA GROUP and DUTRA CONSTRUCTION CO., INC. having been compromised and settled to the full satisfaction of Plaintiff, comes now Plaintiff JAMES L. SILVA and hereby authorizes and requests you to enter and record a dismissal with prejudice herein, pursuant to Fed.R.Civ.P. 41(a)(2), as to Defendants ,THE DUTRA GROUP and DUTRA CONSTRUCTION CO., INC., such dismissal to operate as a bar to the further consideration by this or any Court or tribunal of any of the matters stated or referred to therein.

Dated: November 2, 2009                          McGUINN, HILLSMAN & PALEFSKY
                                                 Attorneys for Plaintiff JAMES L. SILVA


                                                 By:     /s/ JOHNN R. HILLSMAN
                                                         JOHN R. HILLSMAN


                                        **ORDER**

GOOD CAUSE APPEARING THEREFOR, it is so ordered.

Dated: _11/4/09


_____
Judge, United States District Court

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292

Plaintiff's Request for Dismissal                                                2