1
2
3                     UNITED STATES DISTRICT COURT
4              FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                            OAKLAND DIVISION
6
7    JAMES SILVA,                           Case No:  C 08-4694 SBA

8              Plaintiff,                   **ORDER CONTINUING CASE
                                            MANAGEMENT CONFERENCE**
9         vs.

10   THE DUTRA GROUP, et al.,

11            Defendants.
     _____
12
     AND THIRD PARTY ACTION.
13
14        Good cause appearing,

15        IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for

16   November 18, 2009 is CONTINUED to **December 16, 2009 at 2:45 p.m.**  The parties shall **meet**

17   **and confer** prior to the conference and shall prepare a joint Case Management Conference

18   Statement which shall be filed no later than ten (10) days prior to the Case Management

19   Conference that complies with the Standing Order for All Judges of the Northern District of

20   California and the Standing Order of this Court.  Third Party Plaintiff shall be responsible for filing

21   the statement as well as for arranging the conference call.  All parties shall be on the line and shall

22   call (510) 637-3559 at the above indicated date and time.  The Clerk shall reopen the file, which

23   was inadvertently closed.

24        IT IS SO ORDERED.

25

26   Dated: November 17, 2009

27                                          _____
                                            SAUNDRA BROWN ARMSTRONG
28                                          United States District Judge