UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES SILVA,<br><br>     Plaintiff,<br><br>vs.<br><br>THE DUTRA GROUP, et al.,<br><br>     Defendants.<br>_____<br><br>AND THIRD PARTY ACTION. | Case No: C 08-4694 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Good cause appearing,

IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for November 18, 2009 is CONTINUED to **December 16, 2009 at 2:45 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Third Party Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time. The Clerk shall reopen the file, which was inadvertently closed.

IT IS SO ORDERED.

Dated: November 17 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge