UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES SILVA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE DUTRA GROUP, et al.,<br><br>　　　　Defendants.<br>_____<br><br>AND THIRD PARTY ACTION. | Case No: C 08-4964 SBA<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　　On October 21, 2009, the Court issued an order setting this matter for a Case Management Conference (CMC) to take place on November 18, 2009. In that order, the Court directed the parties to meet and confer regarding whether this matter should be transferred to the Southern District of California, and to indicate their respective positions on this issue in their joint CMC statement. Thereafter, the parties requested a continuance of the CMC on the ground that they were engaged in active settlement negotiations. As such, the Court continued the matter from November 18, 2009 to December 16, 2009. Docket 72. The Court subsequently continued the CMC two additional times, again based on the parties' representation that they were discussing settlement. The parties are now requesting another continuance of the CMC, once again on the ground that they are engaged in settlement discussions. The parties have had ample opportunity to discuss settlement and the Court will not entertain any additional requests to continue the CMC. Accordingly,

　　　　IT IS HEREBY ORDERED THAT the parties' request to continue the CMC scheduled for March 10, 2010 at 2:45 p.m. is DENIED. **The parties shall be prepared to schedule a date for trial prior to December 1, 2010**.

　　　　IT IS SO ORDERED.

Dated: March 8, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge