**LYNN L. KRIEGER**
State Bar No. 209592
THOMAS, QUINN & KRIEGER, L.L.P.
199 Fremont Street, 20th Floor
San Francisco, CA 94105
Tel: (415)546-6100
Fax: (415)358-5868
E-mail: lkrieger@tqklaw.com

Associated Attorneys for Third Party Plaintiffs
THE DUTRA GROUP AND
DUTRA CONSTURCTION CO., INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE DUTRA GROUP and DUTRA CONSTRUCTION CO., INC.,<br><br>          Third Party Plaintiffs,<br><br>vs.<br><br>U.S. HEALTHWORKS MEDICAL GROUP and U.S. HEALTHWORKS HOLDING COMPANY, INC.,<br><br>          Third Party Defendants. | Case No.: **C 08-04964 SBA (EMC)**<br><br>[PROPOSED] **ORDER**<br><br>**Settlement Conference: July 15, 2010 at 9:30 a.m.** |

    The Court has considered Third Party Plaintiffs the Dutra Group and Dutra Construction Co., Inc.'s request to permit the client representative's telephonic attendance at the July 15, 2010 settlement conference.

    The client representative for the third-party-plaintiff on this matter currently resides in Oregon and has agreed to be available by phone should the need arise during the upcoming settlement conference.

    Counsel for the third-party defendant, U.S. Healthworks, has no objection to allowing third-party plaintiff's representative to remain available by phone during the settlement conference.

LYNN L. KRIEGER
THOMAS, QUINN & KRIEGER, L.L.P.
199 Fremont Street, 20th Floor
San Francisco, California 94105
Tel: (415)546-6100
Fax: (415)358-5868
lkrieger@tqklaw.com

SILV-100009

-1-                                                                Case No. C 08-04964 SBA
[PROPOSED] ORDER

1   The Court therefore grants permission for the third-party plaintiff's client
2   representative to be available for the duration of the July 15, 2010 Settlement Conference by
3   telephone.
4
5   GRANTED.
6
7
8   Dated: July 2, 2010

IT IS SO ORDERED

Judge Edward M. Chen

LYNN L. KRIEGER
THOMAS, QUINN &
KRIEGER, L.L.P.

199 Fremont Street, 20th Floor
San Francisco, California 94105
Tel: (415)546-6100
Fax: (415)358-5868
lkrieger@tqklaw.com

SILV-100009

[PROPOSED] ORDER